# SEALED

# DOCUMENT

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __06     210__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___5___ COPIES OF AO FORM 85.

___3/30/06___  ___Phillip Casale___
(Date forms issued)      (Signature of Party or their Representative)

___Phillip Casale___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action