IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

 FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR 30  PM 3: 33

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W  A   L  , K  A    L   ., and M   A    L   ,           Plaintiffs,          v. NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB,           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No.   0 6     2 1 0 ) ) ) ) ) ) TRIAL BY JURY DEMANDED |

COMPLAINT

1.     Plaintiff Jacqueline Leilani Lubitz is the widow of Scott A. Lubitz

(hereinafter "plaintiffs' Decedent" or "Decedent"). She is a citizen of the State of California,

currently residing at 12213 Branicole Lane, San Diego, California. At the time of this incident,

the Lubitzes resided at 1309 Creekwood Court, Perris, California. Scott Lubitz departed this life

on July 24, 2005. Mrs. Lubitz and the Decedent are the natural parents of the minor plaintiffs,

W   A   L  , born        , 1992; K   A    L   , born        , 1994;

and M   A    L  , born        , 1998. Jacqueline Lubitz brings this suit in her

various capacities individually, as the Surviving Spouse of Scott Lubitz, as Guardian Ad Litem

and Next Friend of her minor children, and as Administratrix of the Estate of Scott Lubitz. She

was appointed Administratrix of the Decedent's Estate on March 16, 2006 by the Riverside Superior Court of California.

      2.      Defendant Nu Phaze Bar & Grill, Inc., d/b/a Nu Phaze Club and Nu Phaze Social Club (hereafter "defendant Nu Phaze"), was, at all times relevant hereto, a Delaware corporation, with a place of business located at 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. It is a bar/taproom/nightclub open to members of the public. Its Registered Agent for service of process is Monroe E. Brittingham, 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. At all times relevant hereto, agents, servants, and employees of defendant Nu Phaze were acting in the course and scope of their employment for this defendant.

      3.      There is complete diversity of citizenship between plaintiffs and the defendant corporation, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(2).

      4.      On July 24, 2005, Decedent, a business invitee of defendant Nu Phaze on defendant's property, was struck and killed when Jerrin A. Wright fired a gun at patrons leaving the defendant Nu-Phaze establishment. Mr. Lubitz, an innocent bystander, was transported from the scene to Beebe Medical Center, where he died from a gunshot wound to the head.

      5.      Defendant NuPhaze, through its agents, servants, and employees, was grossly and wantonly reckless and negligent, in that it:

      (a)      Failed to institute and/or enforce policies and procedures regarding proper security for its business invitees; and

      (b)      Failed to properly monitor, observe, or intervene in a potentially dangerous and life-threatening situation involving an individual with a history of altercations and felonies.

6.    As a proximate result of defendants' negligence and/or gross negligence, Scott Lubitz died.

7.    A claim for damages sufficient to compensate Mr. Lubitz for his pain and suffering, medical expenses, and pecuniary losses has survived to plaintiff Jacqueline Lubitz, as Surviving Spouse and as Administratrix of the Estate of Scott Lubitz, pursuant to 10 Del. C. § § 3701 and 3704.

8.    Plaintiff Jacqueline Lubitz, as Decedent's Surviving Spouse and as Next Friend to the minor plaintiffs, hereby brings this claim for the wrongful death of her husband and their father, Scott Lubitz, pursuant to 10 Del. C. § 3724 and for the mental anguish they have endured, and in the future will endure, as a consequence of defendants' wrongful acts.

9.    Plaintiff Jacqueline Lubitz and the minor plaintiffs have sustained serious, painful, and permanent injuries and suffered the loss of their husband and father, respectively, by means of his wrongful death, said injuries including but not limited to, severe mental and emotional distress and related past, present, and future pain and suffering, deprivation of the expectation of pecuniary benefits to them that would have resulted from Decedent's continued life, loss of spousal, household, and parental services, the cost of reasonable funeral expenses, and the mental and emotional anguish resulting from Decedent's death as surviving spouse and children, all as provided for by 10 Del. C. § § 3722(a) and 3724(a),(c), and (d), and have incurred and will in the future continue to incur other losses and expenses.

WHEREFORE, plaintiff Jacqueline Lubitz, individually, and in her capacities as Surviving Spouse, Administratrix of the Estate of Scott Lubitz, and as Guardian Ad Litem of her minor children, demands judgment against defendants for special, general, pecuniary, and punitive damages, including pain and suffering, which they have incurred, and will incur in the

future, in such amount as justice and the nature of the case require, together with interest and costs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Ron T Ca Ħ_____

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: *3/29/06*

DB02:5079658.1                                                        064667.1001

ORIGINAL

JS 44 (Rev. 12/96)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

06    2 1 0

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, and in her capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased and as Guardian Ad Litem and Next Friend of her minor children, W    A    L    , K    A    L    , and M    Al    L | NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB |

| **(b)**    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:<br>San Diego, California<br><br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:<br>Sussex County<br><br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION<br>OF THE TRACT OF LAND INVOLVED |

| **(c)**    ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Ben T. Castle (#520); Timothy E. Lengkeek (#4116)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6618/6605 | ATTORNEYS (IF KNOWN) |

2006 MAR 30    PM    FILED CLERK U.S. DISTRICT

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in This State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Country | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)    Appeal to District

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 U.S.C. 881<br>☐ 630 Liquor Laws<br>☐ 640 R R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl Ret Inc Security Act | ☐ 422 Appeal 28 U.S.C. 158<br>☐ 423 Withdrawal 28 U.S.C. 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 U.S.C. 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates, etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 U.S.C. 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Other | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTSE UNLESS DIVERSITY.)

28 U.S.C. § 1332

| **VII. REQUESTED IN COMPLAINT:** | CHECK IF THIS IS A **CLASS ACTION**<br>☐ UNDER F.R.C.P. 23 | **DEMAND $ in excess of $75,000** Check YES only if demanded in compl<br>**JURY DEMAND:** ☒ YES ☐ NO |
|---|---|---|

## VIII. RELATED CASE(S) IF ANY (See instructions)

JUDGE _____    DOCKET NUMBER _____

DATE 3/29/06    SIGNATURE OF ATTORNEY OF RECORD    Ben Tact

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 6 __ 2 1 0 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____5_____ COPIES OF AO FORM 85.

_____3/30/06_____         _____Phillip Casale_____
(Date forms issued)        (Signature of Party or their Representative)

_____Phillip Casale_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action