IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REDACTED

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR 30 PM 3: 34

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, WADE A   L   K A   L, and M A   L,       Plaintiffs, v. NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06 - 210 ) ) ) ) ) ) ) TRIAL BY JURY DEMANDED |

APPLICATION FOR APPOINTMENT OF NEXT FRIEND

STATE OF DELAWARE   )
                              ) SS.
NEW CASTLE COUNTY   )

       BEN T. CASTLE, ESQUIRE, being duly sworn, does depose and say that:

       1.     I am a member of the bar of the Supreme Court of the State of Delaware and of the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for plaintiffs in this action.

       2.     I am submitting this Affidavit in support of the Complaint which is being filed on behalf of plaintiffs contemporaneously herewith.

       3.     Jacqueline Leilani Lubitz is the mother of W A L K A L and M A L, and they reside in San Diego, California.

4. Plaintiff Jacqueline Leilani Lubitz brings this action individually, as Surviving Spouse, as Administratrix of the Estate of Scott A. Lubitz, and as parent and Next Friend of her minor children, W A L K A L , and M A v L for damages arising out of the conduct of defendants.

5. Plaintiff Jacqueline Leilani Lubitz has no adverse interest to the aforesaid minor children in this action.

6. Plaintiff Jacqueline Leilani Lubitz requests the Court enter an Order appointing her Next Friend for her minor children, W A L , K A L and M A L for the prosecution of the above-captioned action.

_____
BEN T. CASTLE

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 29 day of March, 2006.

_____ (SEAL)
Notary Public
My Commission Expires:_____

MARGARET M. DI BIANCA
Attorney at Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REDACTED

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W   A   L   , K   A   L   and M   A   L   , <br><br>Plaintiffs, <br><br>v. <br><br>NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br>C.A. No. 06 210 <br><br><br><br><br><br>TRIAL BY JURY DEMANDED |

ORDER

AND NOW, to wit this _____ day of _____, 2006, upon reviewing the attached Application for Appointment of Next Friend,

IT IS HEREBY ORDERED, that plaintiff Jacqueline Leilani Lubitz is appointed as Next Friend of her minor children, W    A    L   , K    A    L    and M    A    L    for the prosecution of the above-captioned action.

_____
J.