REDACTED     IN THE UNITED STATES DISTRICT COURT          ORIGINAL

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually,<br>And in Her Capacities as Surviving Spouse of<br>Scott A. Lubitz, and as Administratrix of the Estate of<br>Scott A. Lubitz, Deceased, and as Guardian Ad Litem<br>And Next Friend of her minor children, W<br>A   i LI      K    A      . L      ., and<br>M    AI       L<br><br>            Plaintiffs,<br><br>        v.<br><br>NU PHAZE BAR & GRILL, INC., a Delaware<br>Corporation, d/b/a NU PHAZE CLUB and<br>NU PHAZE SOCIAL CLUB,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.    0 6    2 1 0<br>)<br>)<br>)<br>)<br>)<br>)  TRIAL BY JURY DEMANDED |

**AFFIDAVIT OF CONSENT**

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) | SS. |
| COUNTY OF SAN DIEGO | ) | |

JACQUELINE LEILANI LUBITZ, being duly sworn, does depose and say that:

1.      I am the mother of W:    A    L      born              , 1992; K

A    L    born              , 1994; and M    A    L      , born              , 1998.

We reside at 12213 Branicole Lane, San Diego, California 92129.

2.      I bring this action as parent and next friend of my children, W      A ....,

K    A    , and M    A    L      , for damages arising out of the conduct of defendants.

3.      I have no adverse interest to the said minor children in this action.

4.    I consent to the filing of this action and the Application for Appointment of Next Friend to which this Affidavit is attached.

5.    I request that the Court enter an order appointing me Next Friend for my children, W : A L K A: L , and M' s A I for the prosecution of the above captioned action.

JACQUELINE LEILANI LUBITZ

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 21 day of November , 2005.

(SEAL)

Notary Public
My Commission Expires: 7-1-2007

DEBORAH B. CALLAHAN
Commission # 1427641
Notary Public - California
San Diego County
My Comm. Expires Jul 1, 2007

DB02:5081136.1                                                                  900003.0004