IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No.  06 - 210 |
| NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, | ) ) ) ) | |
| Defendants. | ) | TRIAL BY JURY DEMANDED |

FILED APR - 6 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

ORDER

AND NOW, to wit this 6th day of April, 2006, upon reviewing the attached Application for Appointment of Next Friend,

IT IS HEREBY ORDERED, that plaintiff Jacqueline Leilani Lubitz is appointed as Next Friend of her minor children,

for the prosecution of the above-captioned action.

_____
                                    J.