IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| and in her capacities as surviving spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the | ) | |
| Estate of Scott A. Lubitz, Deceased, and | ) | C. A. No.: 06-0210 KAJ |
| as Guardian Ad Litem and Next friend of her | ) | |
| minor children, WADE ALLAN LUBITZ, | ) | |
| KARA ANDREA LUBITZ, and | ) | |
| MYLES ANDREW LUBITZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | TRIAL BY JURY OF |
| Corporation, d/b/a NU PHAZE CLUB and | ) | TWELVE DEMANDED |
| NU PHAZE SOCIAL CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT NU PHAZE BAR & GRILL, INC'S
ANSWER TO COMPLAINT**

COMES NOW, the Defendant, NuPhaze Bar & Grill, Inc., and responses to the averments of Plaintiff's Complaint herein:

1.      Answering defendant is without sufficient knowledge or information to answer the averments of this paragraph.

2.      Admitted in part, denied in part.  Admitted that the defendant is a Delaware Corporation and that its registered agent was Monroe E. Brittingham, Jr.  It is further admitted that the defendant operated as a bar, tap room and night club open to members of the public. Answering defendant is without sufficient knowledge or information to either admit or deny the remainder of the averments of this paragraph.

3.      Upon information and belief, admitted.

4.      Admitted in part, denied in part.  Upon information and belief, it is admitted that the Decadent was struck and killed when Jerrin A. Wright fired a gun at patrons leaving the Defendant, NuPhaze establishment.  Answering defendant denies that the decedent was a business invitee.  Answering defendant is without sufficient knowledge or information to either admit or deny where Mr. Lubitz was transported to following the incident.

5.      Denied in full and a to each subpart (a) through (b).

6.      Denied.

7.      No responsive pleading is required of Answering defendant.

8.      Denied that the defendant's actions were wrongful.  Answering defendant is without sufficient information to either admit or deny the remainder of the averments of this paragraph.

9.      Denied that the defendant engaged in any wrongful acts.  Answering defendant is without sufficient knowledge or information to either admit or deny the remainder of the averments of this paragraph.

WHEREFORE, Answering defendant, NuPhaze denies all liability and demand judgment in its favor, plus the costs of this action.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff Decedent, was not a business invitee at the time of the incident.

## SECOND AFFIRMATIVE DEFENSE

The claim asserted by plaintiff was proximately caused by an intervening or superceding cause.

WHEREFORE, Answering defendant, Nu Phaze denies all liability and demand judgment in its favor, plus the costs of this action.

SWARTZ CAMPBELL LLC


/s/ Nicholas E. Skiles, Esquire
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19801
(302) 656-5935
Date: June 6, 2006                    Attorney for Defendant, Nu Phaze Bar & Grill, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JACQUELINE LEILANI LUBITZ, Individually,  )
and in her capacities as surviving spouse of  )
Scott A. Lubitz, and as Administratrix of the  )
Estate of Scott A. Lubitz, Deceased, and  )       C. A. No.: 06-0210 KAJ
as Guardian Ad Litem and Next friend of her  )
 minor children, WADE ALLAN LUBITZ,  )
KARA ANDREA LUBITZ, and  )
MYLES ANDREW LUBITZ,  )
  )
              Plaintiffs,  )
  )
      v.  )
  )
NU PHAZE BAR & GRILL, INC., a Delaware  )       TRIAL BY JURY OF
Corporation, d/b/a NU PHAZE CLUB and  )       TWELVE DEMANDED
NU PHAZE SOCIAL CLUB,  )
  )
              Defendants.  )

## NOTICE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 6th day of June, 2006, two copies of Defendant

Nu Phaze Bar & Grill, Inc., Answers to Plaintiff's Complaint Pursuant to the United States District Court

for the District of Delaware  have been served via e-mail and sent first class mail, postage prepaid to:

Ben T. Castle, Esquire
Timothy E. Lengkeek, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

SWARTZ CAMPBELL LLC

_/s/ Nicholas E. Skiles, Esquire_
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nu Phaze Bar & Grill

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| and in her capacities as surviving spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the | ) | |
| Estate of Scott A. Lubitz, Deceased, and | ) | C. A. No.: 06-0210 KAJ |
| as Guardian Ad Litem and Next friend of her | ) | |
| minor children, WADE ALLAN LUBITZ, | ) | |
| KARA ANDREA LUBITZ, and | ) | |
| MYLES ANDREW LUBITZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | TRIAL BY JURY OF |
| Corporation, d/b/a NU PHAZE CLUB and | ) | TWELVE DEMANDED |
| NU PHAZE SOCIAL CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 6th day of June, 2006, two copies of Defendant

Nu Phaze Bar & Grill, Inc., Answers to Plaintiff's Complaint Pursuant to the United States District Court

for the District of Delaware  have been served via e-mail and sent first class mail, postage prepaid to:

Ben T. Castle, Esquire
Timothy E. Lengkeek, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nu Phaze Bar & Grill

℀JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jacqueline L. Lubitz, et al.

## DEFENDANTS
NY Phase Bar & Grill, a Dela. Corp.

**(b)** County of Residence of First Listed Plaintiff _San Diego, CA_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Sussex County_
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Ben T. Castle, Esq.  Young, Conaway, et. al.
1000 West St.  Wilm De (302) 571-6618

Attorneys (If Known) Nicholas Skiles, Esq. (I.D.# 3777)
Swartz Campbell, LLC  (302) 656-5935
300 Dela Ave. 1st Floor, Wilm De

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury – | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ in excess ☒ $75,000.

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):     JUDGE _____     DOCKET NUMBER _____

DATE _____     SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____