IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, and in her capacities as surviving spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem and Next friend of her minor children, WADE ALLAN LUBITZ, KARA ANDREA LUBITZ, and MYLES ANDREW LUBITZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB,<br><br>　　　　Defendants. | C. A. No.: 06-0210 KAJ<br><br><br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

**DEFENDANT NU PHAZE BAR & GRILL, INC'S RESPONSES
TO MANDATORY DISCOVERY PURSUANT TO THE LOCAL RULES
OF CIVIL PRACTICE AND PROCEDURE OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

1. The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

**ANSWER NO. 1**:   Monroe Brittingham, Jr., address to be provided; Monroe Brittingham, Sr., - address to be provided; Roland Harris - address unknown.  Further names will be provided as discovery continues.

2. The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

**ANSWER NO. 2**:   Answering defendant has not retained any experts at this time.

3. A brief description of any insurance coverage including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies insuring the risk; (2) the policy and claim number(s); (3) the type of insurance; and (4) the amounts of primary, secondary and excess coverage.

**ANSWER NO. 3**:   Atlantic Speciality Lines, Inc.; policy number: CLI 0028953; $1,000,000.00 coverage

SWARTZ CAMPBELL LLC

*/s/Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

Date: June 6, 2006            Attorney for Defendant NuPhaze Bar & Grill, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, and in her capacities as surviving spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem and Next friend of her minor children, WADE ALLAN LUBITZ, KARA ANDREA LUBITZ, and MYLES ANDREW LUBITZ, | ) ) ) ) ) ) ) ) ) | C. A. No.: 06-0210 KAJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, | ) ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, Nicholas E. Skiles, hereby certify that on this 6th day of June, 2006, two copies of Defendant Nu Phaze Bar & Grill, Inc., Responses to Mandatory Discovery Pursuant to the United States District Court for the District of Delaware have been served via e-mail and sent first class mail, postage prepaid to:

Ben T. Castle, Esquire
Timothy E. Lengkeek, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nu Phaze Bar & Grill