IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., <br><br> Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. ) ) ) ) ) ) ) **TRIAL BY JURY DEMANDED** |

RESPONSES TO MANDATORY DISCOVERY
PURSUANT TO THE LOCAL RULES OF CIVIL
PRACTICE AND PROCEDURE OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

1.  The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

    ANSWER:

    Jacqueline Leilani Lubitz
    12213 Branicole Lane
    San Diego, CA 92129;

    Monroe E. Brittingham, Jr.

    Clara D. Brittingham

    Monroe E. Brittingham, Sr.

Vanessa Brittingham Johnson
20205 Wicking Road
Lewes, DE 19958

Rondale Johnson
20205 Wicking Road
Lewes, DE 19958

Mary Brittingham

Jerrin A. Wright
20386 Forest Road
Milton, DE 19968;

Rollin Harris;

James R Langford
Lee Williams
*The News Journal*
Basin Road
New Castle, DE 19720;

Nathan Max
The Press-Enterprise
Riverside, CA;

Cpl. Jeff C. Oldham
Lt. Joseph Aviola
Sgt. James Fraley
Cpl. William Porter
Delaware State Police
Homicide Unit
Dover, DE:

John Kosinski
Lewes, DE;

Plaintiffs' family and friends;

Personnel at the Alcohol and Beverage Control Commission;

Defendants' patrons, the identities of whom are available to the defendants;

Thomas Grady, Esquire and Staff
Law Offices of Thomas Grady
The Koll Center

501 West Broadway, Suite 1220
San Diego, CA 92101;

Plaintiffs' Counsel and Staff
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899.

2. The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

ANSWER:

Insofar as this interrogatory calls for identification of experts who may not be called to testify at trial, it is objected to. However, subject to and without waiving said objection, counsel for plaintiffs anticipate calling experts in the fields of economics and public accommodations security.

3. A brief description of any insurance coverage including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies insuring the risk; (2) the policy and claim number(s); (3) the type of insurance: and (4) the amounts of primary, secondary, and excess coverage.

ANSWER:

Unknown to plaintiffs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ signature*

Ben T. Castle (#520)
Timothy E. Lengkeek (#4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 7/11/06