IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, WADE ALLAN LUBITZ, KARA ANDREA LUBITZ, and MYLES ANDREW LUBITZ, <br><br> Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. ) ) ) ) ) ) ) **TRIAL BY JURY DEMANDED** |

NOTICE OF SERVICE

I hereby certify that I caused a copy of Responses to Mandatory Discovery Pursuant to the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware to be served upon the following, via U.S. First Class Mail, postage prepaid to: Nicholas E. Skiles, Esquire, 300 Delaware Avenue, Suite 1130, PO Box 330, Wilmington, DE 19899.

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              Ben T. Castle (#520)
                              Timothy E. Lengkeek (#4116)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              P.O. Box 391
                              Wilmington, Delaware 19899-0391
                              (302) 571-6618/6605

Dated: 7/11/06            Attorneys for Plaintiffs