IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L.,<br><br>       Plaintiffs,<br><br>       v.<br><br>NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **TRIAL BY JURY DEMANDED** |

## NOTICE OF SERVICE

I hereby certify that I caused two copies of Plaintiffs' First Set Of Interrogatories Directed To Defendants to be served upon the following, via U.S. First Class Mail, postage prepaid to: Nicholas E. Skiles, Esquire, 300 Delaware Avenue, Suite 1130, P.O. Box 330, Wilmington, DE 19899.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_

Ben T. Castle (#520)
Timothy E. Lengkeek (#4116)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 7/11/06