IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, WA.L. K.A.L., AND M.A.L.<br><br>Plaintiffs,<br><br>v.<br><br>NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) **TRIAL BY JURY DEMANDED** |

PLAINTIFFS' FIRST REQUEST FOR PRODUCTION
DIRECTED TO DEFENDANTS

Plaintiffs, by and through their undersigned counsel, request production of the following documents within thirty (30) days from the date hereof at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware:

1.   Provide a copy of all internal incident reports generated by security personnel responsible for providing security services at the property for the relevant year and two preceding years.

RESPONSE:

2.  Provide a copy of all internal management reports or memoranda prepared regarding crimes, security activities or security polices at the property.

RESPONSE:

3.  Provide copies of any contract security service agreements or specifications of the security guard contractors pertaining to the subject premises.

RESPONSE:

4.  Provide copies of operations and security manuals, including any and all supplemental directives, memoranda, instructions, "pass along book" entries, emerging plans, policies, procedures, and other documents relating to safety and security matters and issues in effect at the premises at the time of the incident.

RESPONSE:

5.  Provide copies of all training manuals, materials, and policies utilized to train and inform security personnel assigned to the premises prior to or during the incident.

RESPONSE:

6. Records identifying the security personnel who received training, the type of training received, and the identity of the person who furnished the training.

RESPONSE:

7. Identify and produce a copy of all security and personnel files of personnel assigned to work at the premises at the time of the incident referred to in the Complaint.

RESPONSE:

8. Provide a copy of the security staffing schedules for the relevant month and six preceding months.

RESPONSE:

9. Provide a copy of a description of any and all types of any electronic security surveillance and/or warning systems that were operational at the facility at the time of

the incident, i.e. Closed Circuit Television, Audio Monitoring, Access control, Intrusion Alarms, Motion Detectors, Panic Alarm, or Emergency Call Boxes.

RESPONSE:

10. Provide a copy of, and description of, any and all type(s) and number(s) of security communication systems in use on the day of incident, i.e. two-way radio, telephone, intercom, pager.

RESPONSE:

11. Provide a copy of any security surveys or audits conducted at the facility during the two-year period prior to the.

RESPONSE:

12. Provide a copy of, and description of, any and all documents pertaining to the purchase, inspection, and maintenance of security related devices for the two years prior to the incident and for the year in which the incident occurred.

RESPONSE:

13. Provide a copy and description of any and all documentation pertaining to the establishment, increase or decrease and evaluation of security staffing levels and/or requirements, including the use of off-duty police officers and contract security personnel during the two years prior to the incident and during the year the incident occurred.

RESPONSE:

14. Any and all documents referenced in your answers to plaintiff's interrogatories.

RESPONSE:

15. Any insurance contract between defendants and any insurance company.

RESPONSE:

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 7/11/06