IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| And in Her Capacities as Surviving Spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the Estate of | ) | |
| Scott A. Lubitz, Deceased, and as Guardian Ad Litem | ) | |
| And Next Friend of her minor children, W.A.L., | ) | |
| K.A.L., and M.A.L., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-210 (KAJ) |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | |
| Corporation, d/b/a NU PHAZE CLUB and | ) | |
| NU PHAZE SOCIAL CLUB, | ) | |
| | ) | |
| Defendants. | ) | TRIAL BY JURY DEMANDED |

NOTICE OF VIDEOTAPE DEPOSITIONS

TO:    NICHOLAS E. SKILES, ESQUIRE
       Swartz Campbell LLC
       300 Delaware Avenue, Suite 1130
       P. O. Box 330
       Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the videotape depositions

of the defendants NU PHAZE BAR & GRILL, INC., d/b/a NU PHAZE CLUB and NU PHAZE

SOCIAL CLUB, by and through the following witnesses, on Monday, October 16, 2006 at the

times indicated, in the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th

Floor, Wilmington, Delaware:

| | |
|---|---|
| VANESSA BRITTINGHAM JOHNSON | 10:00 a.m. |
| RONDALE JOHNSON | 11:00 a.m. |
| MARY BRITTINGHAM | 12:00 p.m. |

MONROE E. BRITTINGHAM, SR.         1:00 p.m.

MONROE E. BRITTINGHAM, JR.         2:00 p.m.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 9|13|06

cc:    Wilcox & Fetzer, Ltd.