## CERTIFICATE OF SERVICE

I hereby certify that on _____9/13_____, 2006, I caused copies of the within

NOTICE OF VIDEOTAPE DEPOSITIONS to be served electronically and by hand/mail on

counsel of record as follows:

> NICHOLAS E. SKILES, ESQUIRE
> Swartz Campbell LLC
> 300 Delaware Avenue, Suite 1130
> P. O. Box 330
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 9/13/06

064667.1001