IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., <br><br> Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-210 (KAJ) ) ) ) ) ) ) ) TRIAL BY JURY DEMANDED |

NOTICE OF VIDEOTAPE DEPOSITION

TO:   NICHOLAS E. SKILES, ESQUIRE
      Swartz Campbell LLC
      300 Delaware Avenue, Suite 1130
      Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the videotape deposition of defendants NU PHAZE BAR & GRILL, INC., et al. by and through CLARA BRITTINGHAM, on Tuesday, October 17, 2006 at 3:00 p.m., in the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 9/13/06
cc:   Wilcox & Fetzer, Ltd.