## CERTIFICATE OF SERVICE

I hereby certify that on  9/15  , 2006, I caused copies of the within

NOTICE OF VIDEOTAPE DEPOSITION to be served electronically and by hand/mail on

counsel of record as follows:

>NICHOLAS E. SKILES, ESQUIRE
>Swartz Campbell LLC
>300 Delaware Avenue, Suite 1130
>P. O. Box 330
>Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 9/13/06