IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| and in her capacities as surviving spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the | ) | |
| Estate of Scott A. Lubitz, Deceased, and | ) | C. A. No.: 06-0210 KAJ |
| as Guardian Ad Litem and Next friend of her | ) | |
| minor children, WADE ALLAN LUBITZ, | ) | |
| KARA ANDREA LUBITZ, and | ) | |
| MYLES ANDREW LUBITZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | TRIAL BY JURY OF |
| Corporation, d/b/a NU PHAZE CLUB and | ) | TWELVE DEMANDED |
| NU PHAZE SOCIAL CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 15th day of September, 2006, two copies of Defendant Nu Phaze Bar & Grill, Inc.'s Interrogatories Directed to Plaintiffs, have been served via electronic filing and by first class mail, postage prepaid to:

Ben T. Castle, Esquire
Timothy E. Lengkeek, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

SWARTZ CAMPBELL LLC

/s/ Nicholas E. Skiles, Esquire
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nu Phaze Bar & Grill