IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, et al., )<br>)<br>Plaintiffs,                )<br>)<br>v.                          )<br>)<br>Nu Phaze Bar & Grill, Inc., et al.,    )<br>)<br>Defendants.              ) | Case Number: 1:06-cv-00210-KAJ<br><br>TRIAL BY JURY DEMANDED |

**NOTICE OF DEPOSITION DECUS TECUM\***

TO:   Ben T. Castle, Esquire
      Young, Conaway, Stargatt & Taylor
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899-0391

   **PLEASE TAKE NOTICE** that the undersigned will take the deposition decus tecum\*

of the Records Custodian of the Delaware Attorney General's Office on Tuesday, October 3,

2006 at 1:00 p.m. in the office of the undersigned.

**\*DUCES TECUM:**   Deponent is to produce a copy of the entire investigation file including but not limited to all reports, correspondence, notes and other official documents pertaining to Jerrin A. Wright and the homicide that occurred at Nu Phaze Bar & Grill on July 24, 2005.

**NOTE:** *Personal appearance is waived if the records are received on or before October 3, 2006.*

                              **SWARTZ CAMPBELL LLC**
                                /s/   Nicholas E. Skiles
                              Nicholas E. Skiles, Esquire (DE ID #3777)
                              300 Delaware Avenue, Suite 1130
                              P.O. Box 330
                              Wilmington, DE 19899
                              (302) 656-5935
                              *Attorneys for Defendants*

DATED:  September 19, 2006

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, et al., | ) | **SUBPOENA IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | Case Number: 1:06-cv-00210-KAJ |
| | ) | |
| v. | ) | <u>TRIAL BY JURY DEMANDED</u> |
| | ) | |
| Nu Phaze Bar & Grill, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas E. Skiles, hereby certify that on this 19th day of September, 2006, a true and correct copy of the attached Notice Deposition Decus Tecum* of the Records Custodian for the Delaware Attorney General's Office, has been sent to the following via electronic mail:

Ben T. Castle, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**SWARTZ CAMPBELL LLC**

　　/s/　Nicholas E. Skiles
Nicholas E. Skiles, Esquire (DE ID #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
*Attorneys for Defendants*