IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, et al., ) | |
| ) | |
| Plaintiffs, ) | Case Number: 1:06-cv-00210-KAJ |
| ) | |
| v. ) | TRIAL BY JURY DEMANDED |
| ) | |
| Nu Phaze Bar & Grill, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION DECUS TECUM\***

TO:  Ben T. Castle, Esquire
     Young, Conaway, Stargatt & Taylor
     The Brandywine Building
     1000 West Street, 17th Floor
     P.O. Box 391
     Wilmington, DE 19899-0391

**PLEASE TAKE NOTICE** that the undersigned will take the deposition decus tecum\*

of the Records Custodian of Delaware State Police Troop 3 on Tuesday, October 3, 2006 at 1:00

p.m. in the office of the undersigned.

**\*DUCES TECUM:**   Deponent is to produce a copy of the entire investigation file including but not limited to all reports, correspondence, notes and other official documents pertaining to the homicide at Nu Phaze Bar & Grill on July 24, 2005.

**NOTE:** *Personal appearance is waived if the records are received on or before October 3, 2006.*

                                    **SWARTZ CAMPBELL LLC**
                                      /s/   Nicholas E. Skiles
                                  Nicholas E. Skiles, Esquire (DE ID #3777)
                                  300 Delaware Avenue, Suite 1130
                                  P.O. Box 330
                                  Wilmington, DE 19899
                                  (302) 656-5935
                                  *Attorneys for Defendants*

DATED:  September 19, 2006

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, et al., | ) | **SUBPOENA IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | Case Number: 1:06-cv-00210-KAJ |
| | ) | |
| v. | ) | <u>TRIAL BY JURY DEMANDED</u> |
| | ) | |
| Nu Phaze Bar & Grill, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **<u>CERTIFICATE OF SERVICE</u>**

I, Nicholas E. Skiles, hereby certify that on this 19th day of September, 2006, a true and correct copy of the attached Notice Deposition Decus Tecum* of the Records Custodian for Delaware State Police Troop 3, has been sent to the following via electronic mail:

Ben T. Castle, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391


**SWARTZ CAMPBELL LLC**

   /s/   Nicholas E. Skiles
Nicholas E. Skiles, Esquire (DE ID #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
*Attorneys for Defendants*