IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually,<br>And in Her Capacities as Surviving Spouse of<br>Scott A. Lubitz, and as Administratrix of the Estate of<br>Scott A. Lubitz, Deceased, and as Guardian Ad Litem<br>And Next Friend of her minor children, W.A.L.,<br>K.A.L., and M.A.L.<br><br>    Plaintiffs,<br><br>  v.<br><br>NU PHAZE BAR & GRILL, INC., a Delaware<br>Corporation, d/b/a NU PHAZE CLUB and<br>NU PHAZE SOCIAL CLUB,<br><br>    Defendant. | )<br>) C.A. No.: 06-cv-00210-KAJ<br>)<br>)<br>)<br>) TRIAL BY JURY OF<br>) TWELEVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

  I, Nicholas E. Skiles, Esquire hereby certify that the original and one copy of Defendant's Answers to Mandatory Interrogatories and Responses to Mandatory Request for Production of Documents were served this 11th day of October 2006, by hand delivery to the following:

Ben T. Castle, Esquire
Timothy E. Lengkeek, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

            **SWARTZ CAMPBELL LLC**

             /s/  Nicholas E. Skiles
            Nicholas E. Skiles (ID #3777)
            300 Delaware Avenue, Suite 1130
            P.O. Box 330
            Wilmington, DE 19899
            (302) 656-5935
            *Attorney for Defendant*