IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, and in her capacities as surviving spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A Lubitz, Deceased, and as Guardian Ad Litem and Next friend of her minor children, W.A.L., K.A.L., and M.A.L., <br><br>Plaintiffs, <br><br>v. <br><br>NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br>Defendants. | C. A. No.: 06-0210 KAJ <br><br><br><br><br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

I hereby certify that on October 23, 2006, I caused copies of Plaintiffs' Responses to Defendants' Request for Production and this Notice of Service to be served by hand/mail, and this Notice of Service to be served electronically on counsel of record as follows:

NICHOLAS E. SKILES, ESQUIRE
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 10/23/06

DB02:5516225.1                                                                                                                          064667.1001