IN THE UNITED STATES DISTRICT COURT 

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, and in her capacities as surviving spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A Lubitz, Deceased, and as Guardian Ad Litem and Next friend of her minor children. W.A.L., K.A.L., and M.A.L., <br><br>    Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br>    Defendants. | C.A. No. 06-210 (KAJ) <br><br> NON-ARBITRATION CASE <br><br> TRIAL BY JURY DEMANDED |

NOTICE OF SERVICE

I hereby certify that on October 23 2006, I caused copies of Plaintiffs' Answers to Defendants' Interrogatories and this Notice of Service to be served by hand/mail and this Notice of Service to be served electronically on counsel of record as follows:

NICHOLAS E. SKILES, ESQUIRE
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 10/23/06

DB02:5515692.1                                                                 064667.1001