IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-210 (KAJ) |
| NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO AMEND COMPLAINT

Plaintiffs, by and through their undersigned counsel, move this Honorable Court for an Order amending the Complaint in this action in the manner indicated in Exhibits A and B to this motion. Two copies of the Amended Complaint are attached to this motion as Exhibit A, and a form of the Amended Complaint indicating in what respects it differs from the pleading it amends is attached to this motion as Exhibit B. The plaintiffs waive their right to file an opening brief in support of this motion, but state as follows:

1.     Monroe Brittingham, Jr. was deposed on October 16, 2006.

2.     During his deposition, the plaintiffs learned that Monroe Brittingham, Jr. was on notice that Jerrin Wright was known to carry a gun, including bringing a gun into Nu Phaze Bar & Grill, Inc. ("Nu Phaze"), prior to the fatal shooting of Scott Lubitz on July 25, 2005.

3.    Also during his deposition, Monroe Brittingham testified that, despite banning Jerrin Wright several weeks prior to the shooting, Monroe Brittingham, Jr. knew Jerrin Wright was on the premises of Nu Phaze on the evening of July 24-25, 2005, and he took no affirmative steps to protect business invitees at Nu Phaze.

4.    As the business owner and President of Nu Phaze Bar & Grill, Inc., and the manager on duty the night of the shooting, Monroe Brittingham, Jr. had a duty to protect and warn business invitees of the known danger posed by Jerrin Wright, pursuant to Jardell Company v. Hughes, 523 A.2d 518 (Del. 1987); Furek v. University of Delaware, 594 A.2d 506 (Del. 1991).

WHEREFORE, the plaintiffs seek leave to amend the Complaint in this matter by adding Monroe Brittingham, Jr. as a defendant for the reasons stated above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 12/13/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 06-210 (KAJ) |
| NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, | ) ) ) ) | |
| Defendants. | ) ) | |

# EXHIBIT A TO
# PLAINTIFFS' MOTION TO AMEND

064667.1001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| And in Her Capacities as Surviving Spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the Estate of | ) | |
| Scott A. Lubitz, Deceased, and as Guardian Ad Litem | ) | |
| And Next Friend of her minor children, W.A.L., | ) | |
| K.A.L., and M.A.L., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-210 (KAJ) |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | |
| Corporation, d/b/a NU PHAZE CLUB and | ) | |
| NU PHAZE SOCIAL CLUB, and | ) | |
| MONROE E. BRITTINGHAM, JR., | ) | |
| | ) | |
| Defendants. | ) | TRIAL BY JURY DEMANDED |

## **AMENDED** COMPLAINT

1.    Plaintiff Jacqueline Leilani Lubitz is the widow of Scott A. Lubitz

(hereinafter "plaintiffs' Decedent" or "Decedent"). She is a citizen of the State of California,

currently residing at 12213 Branicole Lane, San Diego, California. At the time of this incident,

the Lubitzes resided at 1309 Creekwood Court, Perris, California. Scott Lubitz departed this life

on July 24, 2005. Mrs. Lubitz and the Decedent are the natural parents of the minor plaintiffs,

W    A    L    , born        1992; K    A    L    , born        1994; and M    A    L    ,

born        1998. Jacqueline Lubitz brings this suit in her various capacities individually, as

the Surviving Spouse of Scott Lubitz, as Guardian Ad Litem and Next Friend of her minor

children, and as Administratrix of the Estate of Scott Lubitz. She was appointed Administratrix

of the Decedent's Estate on March 16, 2006 by the Riverside Superior Court of California.

064667.1001

2.　　Defendant Nu Phaze Bar & Grill, Inc., d/b/a Nu Phaze Club and Nu Phaze Social Club (hereafter "defendant Nu Phaze"), was, at all times relevant hereto, a Delaware corporation, with a place of business located at 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. It is a bar/taproom/nightclub open to members of the public. Its Registered Agent for service of process is Monroe E. Brittingham, 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. At all times relevant hereto, agents, servants, and employees of defendant Nu Phaze were acting in the course and scope of their employment for this defendant.

3.　　Defendant Monroe E. Brittingham, Jr. (hereafter "Brittingham") is an adult individual and citizen of the State of Delaware, residing at 32117 Jimtown Road, Lewes, Delaware 19958. At all times relevant hereto, the Brittingham defendant was the principal owner and operator of defendant Nu Phaze.

4.　　There is complete diversity of citizenship between plaintiffs and the defendant corporation, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(2).

5.　　On July 24, 2005, Decedent, a business invitee of defendant Nu Phaze on defendant's property, was struck and killed when Jerrin A. Wright fired a gun at patrons leaving the defendant Nu-Phaze establishment. Mr. Lubitz, an innocent bystander, was transported from the scene to Beebe Medical Center, where he died from a gunshot wound to the head.

6.　　Defendants Brittingham and NuPhaze, through its agents, servants, and employees, were grossly and wantonly reckless and negligent, in that they:

(a)　　Failed to institute and/or enforce policies and procedures regarding proper security for their business invitees; and

2

(b)    Failed to properly monitor, observe, or intervene in a potentially dangerous and life-threatening situation involving an individual with a history of altercations and felonies.

7.    As a proximate result of defendants' negligence and/or gross negligence, Scott Lubitz died.

8.    A claim for damages sufficient to compensate Mr. Lubitz for his pain and suffering, medical expenses, and pecuniary losses has survived to plaintiff Jacqueline Lubitz, as Surviving Spouse and as Administratrix of the Estate of Scott Lubitz, pursuant to 10 Del. C. § § 3701 and 3704.

9.    Plaintiff Jacqueline Lubitz, as Decedent's Surviving Spouse and as Next Friend to the minor plaintiffs, hereby brings this claim for the wrongful death of her husband and their father, Scott Lubitz, pursuant to 10 Del. C. § 3724 and for the mental anguish they have endured, and in the future will endure, as a consequence of defendants' wrongful acts.

10.    Plaintiff Jacqueline Lubitz and the minor plaintiffs have sustained serious, painful, and permanent injuries and suffered the loss of their husband and father, respectively, by means of his wrongful death, said injuries including but not limited to, severe mental and emotional distress and related past, present, and future pain and suffering, deprivation of the expectation of pecuniary benefits to them that would have resulted from Decedent's continued life, loss of spousal, household, and parental services, the cost of reasonable funeral expenses, and the mental and emotional anguish resulting from Decedent's death as surviving spouse and children, all as provided for by 10 Del. C. § § 3722(a) and 3724(a),(c), and (d), and have incurred and will in the future continue to incur other losses and expenses.

3

WHEREFORE, plaintiff Jacqueline Lubitz, individually, and in her capacities as Surviving Spouse, Administratrix of the Estate of Scott Lubitz, and as Guardian Ad Litem of her minor children, demands judgment against defendants, individually, jointly, and severally, for special, general, pecuniary, and punitive damages, including pain and suffering, which they have incurred, and will incur in the future, in such amount as justice and the nature of the case require, together with interest and costs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated:

4

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2006, I caused copies of the within

AMENDED COMPLAINT to be served electronically and by hand/mail on counsel of record as

follows:

> NICHOLAS E. SKILES, ESQUIRE
> Swartz Campbell LLC
> 300 Delaware Avenue, Suite 1130
> P. O. Box 330
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6618/6605

Dated: _____    Attorneys for Plaintiffs

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually,<br>And in Her Capacities as Surviving Spouse of<br>Scott A. Lubitz, and as Administratrix of the Estate of<br>Scott A. Lubitz, Deceased, and as Guardian Ad Litem<br>And Next Friend of her minor children, W.A.L.,<br>K.A.L., and M.A.L.,<br><br>       Plaintiffs,<br><br>     v.<br><br>NU PHAZE BAR & GRILL, INC., a Delaware<br>Corporation, d/b/a NU PHAZE CLUB and<br>NU PHAZE SOCIAL CLUB, and<br>MONROE E. BRITTINGHAM, JR.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-210 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   <u>TRIAL BY JURY DEMANDED</u> |

## <u>AMENDED</u> COMPLAINT

1.      Plaintiff Jacqueline Leilani Lubitz is the widow of Scott A. Lubitz (hereinafter "plaintiffs' Decedent" or "Decedent"). She is a citizen of the State of California, currently residing at 12213 Branicole Lane, San Diego, California. At the time of this incident, the Lubitzes resided at 1309 Creekwood Court, Perris, California. Scott Lubitz departed this life on July 24, 2005. Mrs. Lubitz and the Decedent are the natural parents of the minor plaintiffs, W   A   L    , born           1992; K    A    L    , born           1994; and M    A    L    , born          1998. Jacqueline Lubitz brings this suit in her various capacities individually, as the Surviving Spouse of Scott Lubitz, as Guardian Ad Litem and Next Friend of her minor children, and as Administratrix of the Estate of Scott Lubitz. She was appointed Administratrix of the Decedent's Estate on March 16, 2006 by the Riverside Superior Court of California.

2.     Defendant Nu Phaze Bar & Grill, Inc., d/b/a Nu Phaze Club and Nu Phaze Social Club (hereafter "defendant Nu Phaze"), was, at all times relevant hereto, a Delaware corporation, with a place of business located at 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. It is a bar/taproom/nightclub open to members of the public. Its Registered Agent for service of process is Monroe E. Brittingham, 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. At all times relevant hereto, agents, servants, and employees of defendant Nu Phaze were acting in the course and scope of their employment for this defendant.

3.     Defendant Monroe E. Brittingham, Jr. (hereafter "Brittingham") is an adult individual and citizen of the State of Delaware, residing at 32117 Jimtown Road, Lewes, Delaware 19958. At all times relevant hereto, the Brittingham defendant was the principal owner and operator of defendant Nu Phaze.

4.     There is complete diversity of citizenship between plaintiffs and the defendant corporation, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(2).

5.     On July 24, 2005, Decedent, a business invitee of defendant Nu Phaze on defendant's property, was struck and killed when Jerrin A. Wright fired a gun at patrons leaving the defendant Nu-Phaze establishment. Mr. Lubitz, an innocent bystander, was transported from the scene to Beebe Medical Center, where he died from a gunshot wound to the head.

6.     Defendants Brittingham and NuPhaze, through its agents, servants, and employees, were grossly and wantonly reckless and negligent, in that they:

(a)     Failed to institute and/or enforce policies and procedures regarding proper security for their business invitees; and

2

(b)    Failed to properly monitor, observe, or intervene in a potentially dangerous and life-threatening situation involving an individual with a history of altercations and felonies.

7.    As a proximate result of defendants' negligence and/or gross negligence, Scott Lubitz died.

8.    A claim for damages sufficient to compensate Mr. Lubitz for his pain and suffering, medical expenses, and pecuniary losses has survived to plaintiff Jacqueline Lubitz, as Surviving Spouse and as Administratrix of the Estate of Scott Lubitz, pursuant to 10 Del. C. § § 3701 and 3704.

9.    Plaintiff Jacqueline Lubitz, as Decedent's Surviving Spouse and as Next Friend to the minor plaintiffs, hereby brings this claim for the wrongful death of her husband and their father, Scott Lubitz, pursuant to 10 Del. C. § 3724 and for the mental anguish they have endured, and in the future will endure, as a consequence of defendants' wrongful acts.

10.    Plaintiff Jacqueline Lubitz and the minor plaintiffs have sustained serious, painful, and permanent injuries and suffered the loss of their husband and father, respectively, by means of his wrongful death, said injuries including but not limited to, severe mental and emotional distress and related past, present, and future pain and suffering, deprivation of the expectation of pecuniary benefits to them that would have resulted from Decedent's continued life, loss of spousal, household, and parental services, the cost of reasonable funeral expenses, and the mental and emotional anguish resulting from Decedent's death as surviving spouse and children, all as provided for by 10 Del. C. § § 3722(a) and 3724(a),(c), and (d), and have incurred and will in the future continue to incur other losses and expenses.

3

WHEREFORE, plaintiff Jacqueline Lubitz, individually, and in her capacities as Surviving Spouse, Administratrix of the Estate of Scott Lubitz, and as Guardian Ad Litem of her minor children, demands judgment against defendants, individually, jointly, and severally, for special, general, pecuniary, and punitive damages, including pain and suffering, which they have incurred, and will incur in the future, in such amount as justice and the nature of the case require, together with interest and costs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2006, I caused copies of the within

AMENDED COMPLAINT to be served electronically and by hand/mail on counsel of record as

follows:

NICHOLAS E. SKILES, ESQUIRE
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899


YOUNG CONAWAY STARGATT & TAYLOR, LLP


_____
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6618/6605
Dated:                              Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| And in Her Capacities as Surviving Spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the Estate of | ) | |
| Scott A. Lubitz, Deceased, and as Guardian Ad Litem | ) | |
| And Next Friend of her minor children, W.A.L., | ) | |
| K.A.L., and M.A.L., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-210 (KAJ) |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | |
| Corporation, d/b/a NU PHAZE CLUB and | ) | |
| NU PHAZE SOCIAL CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT B TO
# PLAINTIFFS' MOTION TO AMEND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually,<br>And in Her Capacities as Surviving Spouse of<br>Scott A. Lubitz, and as Administratrix of the Estate of<br>Scott A. Lubitz, Deceased, and as Guardian Ad Litem<br>And Next Friend of her minor children, W.A.L.,<br>K.A.L., and M.A.L., | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 06-210 (KAJ) |
| NU PHAZE BAR & GRILL, INC., a Delaware<br>Corporation, d/b/a NU PHAZE CLUB and<br>NU PHAZE SOCIAL CLUB, <u>and</u><br><u>MONROE E. BRITTINGHAM, JR.,</u> | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | <u>TRIAL BY JURY DEMANDED</u> |

**<u>AMENDED</u> COMPLAINT**

1.       Plaintiff Jacqueline Leilani Lubitz is the widow of Scott A. Lubitz

(hereinafter "plaintiffs' Decedent" or "Decedent").  She is a citizen of the State of California,

currently residing at 12213 Branicole Lane, San Diego, California.  At the time of this incident,

the Lubitzes resided at 1309 Creekwood Court, Perris, California.  Scott Lubitz departed this life

on July 24, 2005.  Mrs. Lubitz and the Decedent are the natural parents of the minor plaintiffs,

W    A    L    , born          1992; K    A    L    , born          1994; and M    A    L    ,

born          1998.  Jacqueline Lubitz brings this suit in her various capacities individually, as

the Surviving Spouse of Scott Lubitz, as Guardian Ad Litem and Next Friend of her minor

children, and as Administratrix of the Estate of Scott Lubitz.  She was appointed Administratrix

of the Decedent's Estate on March 16, 2006 by the Riverside Superior Court of California.

064667.1001

2.      Defendant Nu Phaze Bar & Grill, Inc., d/b/a Nu Phaze Club and Nu Phaze Social Club (hereafter "defendant Nu Phaze"), was, at all times relevant hereto, a Delaware corporation, with a place of business located at 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. It is a bar/taproom/nightclub open to members of the public. Its Registered Agent for service of process is Monroe E. Brittingham, 32882 Cedar Grove Road, Lewes, Delaware 19958-4462. At all times relevant hereto, agents, servants, and employees of defendant Nu Phaze were acting in the course and scope of their employment for this defendant.

3.      Defendant Monroe E. Brittingham, Jr. (hereafter "Brittingham") is an adult individual and citizen of the State of Delaware, residing at 32117 Jimtown Road, Lewes, Delaware 19958. At all times relevant hereto, the Brittingham defendant was the principal owner and operator of defendant Nu Phaze.

4̶3̶.      There is complete diversity of citizenship between plaintiffs and the defendant corporation, and the amount in controversy exceeds $75,000. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(2).

5̶4̶.      On July 24, 2005, Decedent, a business invitee of defendant Nu Phaze on defendant's property, was struck and killed when Jerrin A. Wright fired a gun at patrons leaving the defendant Nu-Phaze establishment. Mr. Lubitz, an innocent bystander, was transported from the scene to Beebe Medical Center, where he died from a gunshot wound to the head.

6̶5̶.      Defendants Brittingham and NuPhaze, through its agents, servants, and employees, were w̶a̶s̶ grossly and wantonly reckless and negligent, in that they i̶t̶:

(a)      Failed to institute and/or enforce policies and procedures regarding proper security for their i̶t̶s̶ business invitees; and

2

(b)    Failed to properly monitor, observe, or intervene in a potentially dangerous and life-threatening situation involving an individual with a history of altercations and felonies.

7.6    As a proximate result of defendants' negligence and/or gross negligence, Scott Lubitz died.

8.7    A claim for damages sufficient to compensate Mr. Lubitz for his pain and suffering, medical expenses, and pecuniary losses has survived to plaintiff Jacqueline Lubitz, as Surviving Spouse and as Administratrix of the Estate of Scott Lubitz, pursuant to 10 Del. C. § § 3701 and 3704.

9.8    Plaintiff Jacqueline Lubitz, as Decedent's Surviving Spouse and as Next Friend to the minor plaintiffs, hereby brings this claim for the wrongful death of her husband and their father, Scott Lubitz, pursuant to 10 Del. C. § 3724 and for the mental anguish they have endured, and in the future will endure, as a consequence of defendants' wrongful acts.

10.9    Plaintiff Jacqueline Lubitz and the minor plaintiffs have sustained serious, painful, and permanent injuries and suffered the loss of their husband and father, respectively, by means of his wrongful death, said injuries including but not limited to, severe mental and emotional distress and related past, present, and future pain and suffering, deprivation of the expectation of pecuniary benefits to them that would have resulted from Decedent's continued life, loss of spousal, household, and parental services, the cost of reasonable funeral expenses, and the mental and emotional anguish resulting from Decedent's death as surviving spouse and children, all as provided for by 10 Del. C. § § 3722(a) and 3724(a),(c), and (d), and have incurred and will in the future continue to incur other losses and expenses.

3

WHEREFORE, plaintiff Jacqueline Lubitz, individually, and in her capacities as Surviving Spouse, Administratrix of the Estate of Scott Lubitz, and as Guardian Ad Litem of her minor children, demands judgment against defendants, individually, jointly, and severally, for special, general, pecuniary, and punitive damages, including pain and suffering, which they have incurred, and will incur in the future, in such amount as justice and the nature of the case require, together with interest and costs.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated:

DB02:5635698.1

064667.1001

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2006, I caused copies of the within

AMENDED COMPLAINT to be served electronically and by hand/mail on counsel of record as

follows:

> NICHOLAS E. SKILES, ESQUIRE
> Swartz Campbell LLC
> 300 Delaware Avenue, Suite 1130
> P. O. Box 330
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6618/6605
Dated:                              Attorneys for Plaintiffs

064667.1001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| And in Her Capacities as Surviving Spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the Estate of | ) | |
| Scott A. Lubitz, Deceased, and as Guardian Ad Litem | ) | |
| And Next Friend of her minor children, W.A.L., | ) | |
| K.A.L., and M.A.L., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-210 (KAJ) |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | |
| Corporation, d/b/a NU PHAZE CLUB and | ) | |
| NU PHAZE SOCIAL CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT REQUIRED TO BE FILED WITH NON-DISPOSITIVE MOTIONS

I hereby certify that I have sent copies of this Motion to Amend Complaint to

defense counsel to obtain defendants' consent to the requested amendments in order to avoid

briefing and argument before the Court. That consent was denied by defense counsel.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 12/13/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JACQUELINE LEILANI LUBITZ, Individually, )
And in Her Capacities as Surviving Spouse of )
Scott A. Lubitz, and as Administratrix of the Estate of )
Scott A. Lubitz, Deceased, and as Guardian Ad Litem )
And Next Friend of her minor children, W.A.L., )
K.A.L., and M.A.L., )
                                      )
         Plaintiffs, )
                                        )
      v. )      C.A. No. 06-210 (KAJ)
                                         )
NU PHAZE BAR & GRILL, INC., a Delaware )
Corporation, d/b/a NU PHAZE CLUB and )
NU PHAZE SOCIAL CLUB, )
                                       )
         Defendants. )

ORDER

           AND NOW, to-wit, this _____ day of _____, 2006, the

plaintiffs having presented a Motion to Amend Complaint, and the defendants having been

afforded an opportunity to respond thereto,

           IT IS HEREBY ORDERED, that plaintiffs' Motion to Amend Complaint be and

hereby is GRANTED; and

           IT IS FURTHER ORDERED that the Complaint is amended in the form indicated

in Exhibit A to the plaintiffs' Motion to Amend Complaint.


                          _____
                          UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, | ) | |
| And in Her Capacities as Surviving Spouse of | ) | |
| Scott A. Lubitz, and as Administratrix of the Estate of | ) | |
| Scott A. Lubitz, Deceased, and as Guardian Ad Litem | ) | |
| And Next Friend of her minor children, W.A.L., | ) | |
| K.A.L., and M.A.L., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-210 (KAJ) |
| | ) | |
| NU PHAZE BAR & GRILL, INC., a Delaware | ) | |
| Corporation, d/b/a NU PHAZE CLUB and | ) | |
| NU PHAZE SOCIAL CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

I hereby certify that I caused copies of Motion To Amend Complaint, Amended

Complaint (Exhibits A and B), Statement, Order, and Notice to be served electronically and by

hand/mail on ___12/13_____, 2006, on the following attorneys:

NICHOLAS E. SKILES, ESQUIRE
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 12/13