IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, and in her capacities as surviving spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem and Next friend of her minor children, WADE ALLAN LUBITZ, KARA ANDREA LUBITZ, and MYLES ANDREW LUBITZ,<br><br>      Plaintiffs,<br>  v.<br><br>NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB,<br><br>      Defendants. | C. A. No.: 06-0210 KAJ<br><br><br><br><br><br><br><br><br><br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

**NOTICE OF SERVICE**

I, Nicholas E. Skiles, hereby certify that on this 4th day of January, 2007, two copies of Defendant Nu Phaze Bar & Grill, Inc.'s Memorandum in Support of Defendants' Opposition to Plaintiff's Motion to Amend Complaint have been served via electronic filing and by first class mail, postage prepaid to:

Ben T. Castle, Esquire
Timothy E. Lengkeek, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
Neil R. Lapinski, Esquire (DE Bar ID #3645)
300 Delaware Avenue, Suite 1130
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nu Phaze Bar & Grill