IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., <br><br>     Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-210 *** ) ) ) ) ) ) |

NOTICE OF SERVICE

I hereby certify that I caused copies of Plaintiffs' Supplemental Answers to Expert Interrogatories to be served electronically and by hand/mail on **January 5, 2007**, on the following attorneys:

>   NICHOLAS E. SKILES, ESQUIRE
>   Swartz Campbell LLC
>   300 Delaware Avenue, Suite 1130
>   P. O. Box 330
>   Wilmington, DE 19899

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/
>
>   Ben T. Castle (520)
>   Timothy E. Lengkeek (4116)
>   1000 West Street, 17th Floor
>   Wilmington, DE 19899-0391
>   (302) 571-6618/6605
>   Attorneys for Plaintiffs

Dated: 1/5/07