IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., <br><br> Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-210 *** ) ) ) ) ) ) ) |

PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT

Defendant Nu Phaze Bar & Grill, Inc.'s ("Nu Phaze") opposition to the Plaintiffs' Motion to Amend the Complaint on the sole ground that Delaware law "does not provide for personal liability against Mr. Brittingham" is wrong. To the contrary, Delaware law provides that "[t]he default common-law rule is that corporate officials may be held individually liable for their tortuous conduct, even if undertaken while acting in their official capacity. *See, e.g.,* Donsco, Inc. v. Casper Corp., 587 F.2d 602, 606 (3d Cir. 1978) ("A corporate officer is individually liable for the torts he personally commits and cannot shield himself behind a corporation when he is an actual participant in the tort."); Brandywine Mushroom Co. v. Hockessin Mushroom Prods., Inc., 682 F. Supp. 1307, 1311 (D. Del. 1988) (same); Brady v. Preferred Florist Network, Inc., 791 A.2d 8, 21-22 (Del. Ch. 2001) (same); T.V. Spano Bldg.

Corp. v. Wilson, 584 A.2d 523, 530 (Del. Super. 1990) (same), *aff'd sub nom.* T.V. Spano Bldg. Corp. v. Dep't of Natural Res. & Envtl. Control, 628 A.2d 53 (Del. 1993). *See also* 3A William Meade Fletcher et al., Fletcher Cyclopedia of the Law of Private Corporations § 1135 (perm. ed., rev. vol. 2002) ("Under the responsible corporate officer doctrine, if a corporate officer participates in the wrongful conduct, or knowingly approves the conduct, the officer, as well as the corporation, is liable for the penalties. . . . Corporate officers are liable for their torts, although committed while acting officially . . . ."); 18B Am. Jur. 2d *Corporations* § 1877 (2003) (same).

Thus, the law in Delaware is clear that Mr. Brittingham is a proper defendant in this case. At this point in the proceedings, the plaintiffs have alleged sufficient facts that the Motion to Amend should be granted.

WHEREFORE, for the reasons stated in plaintiffs' Motion to Amend Complaint and the within response to defendants' opposition, plaintiffs request that the Court grant plaintiffs' Motion to Amend to add Monroe Brittingham, Jr. as a defendant.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_

Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 1/12/07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, And in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem And Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., <br><br> Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-210 (KAJ) ) ) ) ) ) ) |

ORDER

AND NOW, to-wit, this _____ day of _____, 2007, the plaintiffs having presented a Motion to Amend Complaint, and the defendants having responded thereto,

IT IS HEREBY ORDERED, that plaintiffs' Motion to Amend Complaint be and hereby is GRANTED; and

IT IS FURTHER ORDERED that the Complaint is amended in the form indicated in Exhibit A to the plaintiffs' Motion to Amend Complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of Plaintiffs' Memorandum in Response to Defendants' Opposition to Plaintiffs' Motion to Amend Complaint to be served electronically and by hand/mail on ___January 12___, 2007, on the following attorneys:

NICHOLAS E. SKILES, ESQUIRE
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs

Dated: 1/12/07