IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-210 *** |
| ) | |
| NU PHAZE BAR & GRILL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

JOINT STATUS REPORT

1. **Present Status Of The Case.** The Complaint in this premises liability/wrongful death lawsuit was filed on March 30, 2006 (D.I. #1). The Honorable Kent A. Jordan entered an Order on July 13, 2006, setting specific deadlines and scheduling this case for a 5-day trial commencing Monday, December 3, 2007 (D.I. #25). Initial mandatory discovery documents were exchanged, the parties propounded additional discovery requests, and depositions of pertinent witnesses were completed. Plaintiffs subsequently filed a motion to add the owner of the defendant Nu Phaze Bar & Grill ("Nu Phaze"), and defendants have opposed that motion. Briefing has been completed. Additional depositions will be scheduled prior to the March 30, 2007 discovery deadline, including the depositions of expert witnesses. Plaintiffs have provided expert witness reports to the defendant, and rebuttal expert information is due by January 29, 2007.

2. **Outstanding Motions.** Plaintiffs filed a Motion to Amend Complaint on December 13, 2006 to add Monroe E. Brittingham, Jr., the owner of defendant Nu Phaze as an additional defendant (D.I.# 47). Defendants filed their opposition to that Motion on January 4,

2007 (D.I.#50 and 51), and plaintiffs' response to defendants' opposition was filed on January 12, 2007 (D.I. #53).

    3.    **Status Of Discovery.** Depositions of pertinent witnesses and agents, servants, and employees of defendant Nu Phaze were taken on October 16, 2006. Plaintiffs plan to schedule additional witness depositions prior to the discovery cut-off deadline.

Plaintiffs propounded interrogatories and requests for production to defendants on July 11, 2006 (D.I. #20 and 22). Defendants filed their responses to that discovery on October 12, 2006 (D.I. #38), identified as answers to "mandatory" interrogatories and requests for production.

On September 15, 2006, defendants propounded interrogatories and requests for production to plaintiffs (D.I. #33 and 34), to which plaintiffs responded in October, 2006 (D.I.#39 and 40). In addition, plaintiffs have identified their expert witnesses pursuant to the Trial Scheduling Order entered by Judge Jordan in July, 2006 (D.I. #52), and defendants' expert identification is due by January 29, 2007.

Defendants have expressed an interest in scheduling a videoconference deposition of plaintiff Jacqueline Lubitz; however, that deposition has not been scheduled to date.

A status teleconference, originally scheduled with Judge Jordan, is currently scheduled for February 1, 2007 at 4:30 p.m. with U. S. Magistrate Judge Mary Pat Thynge (D.I. #49).

    4.    **Mediation.** Mediation is scheduled with Judge Thynge on Monday, March 26, 2007, at 9:00 a.m. A Confidential Mediation Statement is due to be filed with Judge Thynge on or before Friday, March 16, 2007 (D.I. #37).

    5.    **Settlement Discussions.** There have been no settlement discussions.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ T C N
_____
Ben T. Castle (520)
Timothy E. Lengkeek (4116)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6618/6605
Attorneys for Plaintiffs


SWARTZ CAMPBELL LLC

/s/ Nicholas E. Skiles /mw
_____
Nicholas E. Skiles   (3777)
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendants

Dated: January 23, 2007

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | THE BRANDYWINE BUILDING | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | ROBERT S. BRADY | 1000 WEST STREET, 17TH FLOOR | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JOEL A. WAITE | WILMINGTON, DELAWARE 19801 | SANJAY BHATNAGAR | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | P.O. BOX 391 | TIMOTHY P. CAIRNS | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | CRAIG D. GREAR | WILMINGTON, DELAWARE 19899-0391 | JEFFREY T. CASTELLANO | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KARA HAMMOND COYLE | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | (302) 571-6600 | KRISTEN SALVATORE DEPALMA | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | (800) 253-2234 (DE ONLY) | MARGARET M. DIBIANCA | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | C. BARR FLINN | FAX: (302) 571-1253 | MARY F. DUGAN | ADAM W. POFF |
| JOSY W. INGERSOLL | NATALIE WOLF | | ERIN EDWARDS | SETH J. REIDENBERG |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | KENNETH J. ENOS | SARA BETH A. REYBURN |
| JEROME K. GROSSMAN | JOHN W. SHAW | 110 WEST PINE STREET | IAN S. FREDERICKS | CHERYL A. SANTANIELLO |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | P.O. BOX 594 | JAMES J. GALLAGHER | (NJ & PA ONLY) |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | GEORGETOWN, DELAWARE 19947 | SEAN T. GREECHER | MICHELE SHERRETTA |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | (302) 856-3571 | STEPHANIE L. HANSEN | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | (800) 255-2234 (DE ONLY) | DAWN M. JONES | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | FAX: (302) 856-9338 | KAREN E. KELLER | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | WWW.YOUNGCONAWAY.COM | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | DIRECT DIAL: 302-571-6618 | KAREN LANTZ | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | DIRECT FAX: 302-576-3284 | TIMOTHY E. LENGKEEK | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | bcastle@ycst.com | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | ELENA C. NORMAN | | KAREN L. PASCALE | |
| NEILLI MULLEN WALSH | | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

January 23, 2007

**BY E-FILING AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States Magistrate Judge
844 King Street
Wilmington, DE 19801

Re:   Lubitz v. Nu Phaze Bar & Grill, Inc., et al. –
      Civil Action No. 06-210-***(MPT)

Dear Judge Thynge:

Enclosed for Your Honor's consideration is a Joint Status Report submitted by the parties. Mr. Skiles authorized us to sign on his behalf.

Respectfully,

Ben T. Castle   (520)

BTC:bmh
Enclosure

cc:   Nicholas E. Skiles, Esquire (with enclosure)(by e-filing and hand delivery)
      Timothy E. Lengkeek, Esquire (with enclosure)(by e-filing and hand delivery)
      Clerk of the Court (with enclosure)(by hand delivery)