## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-210-*** (MPT) |
| NU PHAZE BAR & GRILL, INC., a Delaware Corporation d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **1st** day of **February, 2007.**

IT IS ORDERED that the status teleconference scheduled for Thursday, February 1, 2007 at 4:30 p.m. and the mediation scheduled for Monday, March 26, 2007 at 9:00 a.m. with Judge Thynge are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE