IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JACQUELINE LEILANI LUBITZ, Individually, )
and in Her Capacities as Surviving Spouse of )
Scott A. Lubitz, and as Administratrix of the Estate )
of Scott A. Lubitz, Deceased, and as Guardian )
Ad Litem and Next Friend of her minor children, )
W.A.L., K.A.L., and M.A.L., )
)
                Plaintiffs, )
)
v. )    C.A. No. 06-210 ***
)
NU PHAZE BAR & GRILL, INC., a Delaware )
Corporation, d/b/a NU PHAZE CLUB and )
NU PHAZE SOCIAL CLUB, )
)
                Defendants. )

**STIPULATION CONSENTING TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE FOR PURPOSES OF
APPROVING MINORS' SETTLEMENT**

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73.1, the parties of the above captioned matter hereby stipulate, consent, and agree, subject to the approval of the Court, that United States Magistrate Judge Mary Pat Thynge shall exercise civil jurisdiction over and rule upon the Approval of a Guardian and Authority to Settle Minors' Personal Injury Claim.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SWARTZ CAMPBELL LLC |
|---|---|
| Ben T. Castle | Nicholas E. Skiles |
| Timothy E. Lengkeek | Neil R. Lapinski |
| The Brandywine Building | 300 Delaware Avenue, Suite 1130 |
| 1000 West Street, 17th Floor | P. O. Box 330 |
| P. O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899-0391 | (302) 656-5935 |
| (302) 571-6618/6605 | Attorneys for Defendants |
| Attorneys for Plaintiffs | |

SO ORDERED this _____ day of _____, 2007.

_____