IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-210-*** (MPT) |
| : | |
| NU PHAZE BAR & GRILL, INC., : | |
| a Delaware Corporation d/b/a NU PHAZE : | |
| CLUB and NU PHAZE SOCIAL CLUB, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington, Delaware, this **17th** day of **April, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Friday, April 27, 2007 at 10:30 a.m.** with Judge Thynge to discuss scheduling the hearing for the Petition for Appointment of a Guardian and Approval of Minors' Personal Injury Settlement. **Timothy E. Lengkeek, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE