IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-210-MPT |
| | : |
| NU PHAZE BAR & GRILL, INC., | : |
| a Delaware Corporation d/b/a NU PHAZE | : |
| CLUB and NU PHAZE SOCIAL CLUB, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **27th** day of **April, 2007.**

IT IS ORDERED that a hearing on the Petition for Appointment of Guardian and Approval of Minors' Personal Injury Settlement has been scheduled for **Friday, May 4, 2007 at 10:30 a.m. Eastern Time** with Judge Thynge. Counsel for plaintiffs shall attend in person and, should counsel for the defense wish to participate, he shall also attend in person. Since the proposed guardian along with the minor children reside in California, the guardian may attend by telephone.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE