IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE LEILANI LUBITZ, Individually, and in Her Capacities as Surviving Spouse of Scott A. Lubitz, and as Administratrix of the Estate of Scott A. Lubitz, Deceased, and as Guardian Ad Litem and Next Friend of her minor children, W.A.L., K.A.L., and M.A.L., <br><br> Plaintiffs, <br><br> v. <br><br> NU PHAZE BAR & GRILL, INC., a Delaware Corporation, d/b/a NU PHAZE CLUB and NU PHAZE SOCIAL CLUB, <br><br> Defendants. | C.A. No. 06-210 *** |

## ORDER

On this 4th day of May, 2007, the Motion of Jacqueline Leilani Lubitz (the "Petitioner") for Appointment of the Guardian and Approval of Minors' Settlement (the "Motion") having been presented pursuant to F.R.C.P. 17(c); and it appearing that the distribution of settlement funds to the minors in the amount of $100,000.00 each (for a total of $300,000.00), free and clear of attorneys' fees and costs, and to the Petitioner in the amount of $700,000.00, in full and final settlement of their claims for mental anguish under 10 Del. C. § 3724 as a result of Scott A. Lubitz' death, which represents a policy limits settlement of $1,000,000.00 (the "Settlement"), is fair and reasonable under the circumstances,

IT IS SO ORDERED:

1. Jacqueline Leilani Lubitz is hereby appointed guardian for the minors, Wade Allen Lubitz, Kara Andrea Lubitz, Miles Andrew Lubitz (the "Guardian").

2.  The Guardian is authorized to execute general releases in favor of the Defendants, their respective agents, executors, administrators and assigns.

3.  The Guardian is authorized to allow her attorney, Timothy E. Lengkeek, Esquire, to sign a Stipulation of Dismissal with Prejudice terminating the District Court litigation, which includes the minors' claims.

4.  The Financial Settlement Services, Kenneth L. Noce, 8877 North Gainey Center Drive, Scottsdale, Arizona 85258 is to receive the proceeds from the settlement of this matter as set forth in the Motion. The funds shall be invested in a structured settlement account, with annual and monthly payments starting at age 18.

5.  The Guardian shall pay attorneys' fees and costs on the entire amount of the Settlement out of her portion of the Settlement.

Judge Mary Pat Thynge